UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA MULLEN,

       Plaintiff,                      Civil Action No.
                                            11-CV-10062

vs.

                                            HON. MARK A. GOLDSMITH

BANK OF AMERICA, et al.,

       Defendants.
_____/

**ORDER (1) ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) OVERRULING PLAINTIFF'S OBJECTIONS, and (3) GRANTING DEFENDANTS' MOTION TO DISMISS**

This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Mark A. Randon, issued on November 7, 2011. The Magistrate Judge recommends that Defendants' motion to dismiss be granted and that all claims against all defendants be dismissed. Plaintiff has filed objections to the R&R, and Defendants have filed a response thereto.

The Court reviews <u>de novo</u> those portions of the R&R to which a specific objection has been made. Fed. R. Civ. P. 72(b). Having done so, the Court concludes, over Plaintiff's objections, that Magistrate Judge Randon correctly analyzed the issues presented and reached the proper result for the proper reasons.[1] Accordingly, Defendants' motion to dismiss is granted for the reasons stated by the Magistrate Judge. This case is dismissed.

       SO ORDERED.


Dated: January 6, 2012                           s/Mark A. Goldsmith
       Flint, Michigan                                MARK A. GOLDSMITH
                                                United States District Judge

---

[1] Plaintiff's objections merely rehash arguments presented to – and rejected by – the Magistrate Judge.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 6, 2012.

s/Deborah J. Goltz  
DEBORAH J. GOLTZ  
Case Manager